# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **LINZEE MELTON** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No.** _____ |
| v. § | |
| § | |
| **BELL TEXTRON, INC. and/or THE** § | |
| **ENTITY THAT EMPLOYED PLAINTIFF** § | |
| **AS OF JUNE 12, 2020** § | |
| § | |
| **Defendants.** § | |

## DEFENDANT'S INDEX OF EXHIBITS TO THEIR NOTICE OF REMOVAL

Defendant Bell Textron Inc. ("Bell") or ("Defendant"), pursuant to Local Rule 81.1 of the Northern District of Texas, submit this Index of Exhibits to their Notice of Removal as follows:

Pursuant to 28 U.S.C. §1446(a), copies of all known process and pleadings served upon Defendants and documents shown on the State Court's docket sheet are attached to this Notice of Removal as Exhibits 1-C through 1-H as indicated below.

| Exhibit 1 | This Index of Exhibits |
|---|---|
| **Exhibit 1-A** | Civil Cover Sheet |
| **Exhibit 1-B** | Supplemental Cover Sheet |
| **Exhibit 1-C** | Docket Sheet in the State Court Action |
| **Exhibit 1-D** | Plaintiff's Original Petition (filed August 4, 2022) |
| **Exhibit 1-E** | Citation Issued on Bell Textron Inc. (filed on August 4, 2022) |
| **Exhibit 1-F** | Service Request Form re Bell Textron Inc. (filed August 4, 2022) |
| **Exhibit 1-G** | Defendant's Original Answer (filed September 12, 2022) |

**DEFENDANT'S INDEX OF EXHIBITS TO ITS NOTICE OF REMOVAL**  1
33943387v.1

Exhibit 1

| **Exhibit 1-H** | Defendant's First Amended Answer (filed September 16, 2022) |
|---|---|
| **Exhibit 2** | State Court Notice of Removal (without exhibits) |
| **Exhibit 3** | Declaration of Sara Harris |
| **Exhibit 3-A** | Summons and Petition in the form served on Defendant on August 17, 2022 |
| **Exhibit 4** | Declaration of John Sams |
| **Exhibit 4-A** | Collective Bargaining Agreement between Bell and the United Local 218 UAW and the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America |
| **Exhibit 4-B** | Union Covered Job Performance Evaluation Policy |

Respectfully submitted,

By:  */s/ Jay K. Rutherford*
Jay K. Rutherford
State Bar No. 17451200
jrutherford@jw.com
Sara K. Harris
State Bar No. 24077389
sharris@jw.com
Jackson Walker LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
817-334-7246
817-870-5146

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the CM/ECF system, and also that a true and correct copy of the foregoing document was served via certified mail, return receipt requested to Plaintiff's counsel of record pursuant to Federal Rule of Civil Procedure 5(b)(1) as listed below:

    Mr. Jason C.N. Smith
    Law Offices of Jason Smith
    612 Eight Avenue
    Fort Worth, Texas  76102
    **ATTORNEYS FOR PLAINTIFF**

                                          */s/Jay K. Rutherford*
                                          Jay K. Rutherford