IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINZEE MELTON | § |
| | § |
| VS. | §  ACTION NO. 4:22-CV-823-Y |
| | § |
| BELL TEXTRON, INC. | § |

### FINAL JUDGMENT OF REMAND

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby REMANDED to the 352nd Judicial District Court, Tarrant County, Texas. All costs of Court under 28 U.S.C. § 1920 shall be borne by defendant Bell Textron, Inc.

SIGNED February 7, 2023.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE